UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | Case No. 3:07CV0027 |
| Plaintiff, | : | Judge Thomas M. Rose |
| vs. | : | |
| Wells Fargo Account Account # ******3631, et al. | : | |
| Defendants. | : | |

**ORDER GRANTING UNITED STATES' MOTION TO STAY PROCEEDINGS**

This matter is before the Court upon the United States' Motion pursuant to 18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action until the completion of a related criminal investigation and prosecution on the grounds that civil discovery would adversely affect the ability of the Government to conduct a related criminal investigation and prosecution of a related criminal case.

The Court hereby finds that civil discovery would adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case. Consequently, IT IS HEREBY ORDERED THAT:

The United States' Motion to Stay Proceedings is granted, and all civil discovery shall be stayed until further order of the Court. Further, the Government is to provide the Court with a status report on the above captioned matter every six months.

April 9, 2007

s/Thomas M. Rose
_____
Thomas M. Rose
United States District Court Judge